IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEL TORO FLORES, | No. 2:13-cv-1130-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| MIKE BABCOCK, | |
| Respondent. | |

  Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an application to proceed in forma pauperis or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.  Petitioner is warned that failure to comply with this order may result in dismissal of this action.  <u>See</u> Local Rule 11-110.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

1

2.      The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 10, 2013

```
                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE
```