IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEL TORO FLORES, | No. 2:13-cv-1130-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| MIKE BABCOCK, | |
| Respondent. | |
| _____/ | |

       Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c).

       On December 11, 2013, the court directed petitioner to submit either a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days.  Petitioner was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  To date, petitioner has failed to comply.

/ / /

1          On December 24, 2013, mail directed to petitioner was returned by the United
2  States Postal Service as undeliverable.  Pursuant to Eastern District of California Local Rule
3  183(b), any party appearing pro se must file and serve a notice of change of address within 63
4  days of mail being returned.  To date, more than 63 days have elapsed since mail was returned
5  and petitioner has not notified the court of a change of address.
6          Petitioner shall therefore show cause in writing, within 30 days of the date of this
7  order, why this action should not be dismissed for failure to resolve the fee status for this case
8  and failure to keep the court apprised of his current address.  Petitioner is warned that failure to
9  respond to this order may result in dismissal of the action for the reasons outlined above, as well
10 as for failure to prosecute and comply with court rules and orders.  See id.
11         IT IS SO ORDERED.

 DATED: April 4, 2014

                                   _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE