IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEL TORO FLORES, | No. 2:13-cv-1130-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| MIKE BABCOCK, | |
| Respondent. | |
| _____/ | |

       Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). The court issued an order to show cause on April 4, 2014, requiring petitioner to show cause why this action should not be dismissed for failure to resolve the fee status for this case and failure to keep the court apprised of his current address.

       Petitioner has neither filed the necessary documents, nor responded to the court's prior orders. Petitioner was warned that failure to respond to the order to show cause may result in the dismissal of this action for the reasons outlined as well as for failure to prosecute and

comply with court rules and orders.[1]  See Local Rule 110.

The undersigned finds it appropriate to dismiss this action for petitioner's failure to comply to court orders, resolve the fee issue in this matter, and keep the court apprised of his current address.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed; and

2. The Clerk of the Court is directed to close this case.

DATED: May 29, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that the last order sent to petitioner was returned as undeliverable, petitioner was properly served.  It is the responsibility of the parties to keep the court apprised of their address of record at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.